IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA WINGERT,<br><br>Defendant. | Case No: 9:26-po-5037-KLD<br><br>Violation: 9243814<br>Location Code: MTMJ<br><br><br>**ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

The Central Violation Bureau (CVB) records indicate that the Defendant forfeited the $130.00 collateral amount due on the above-referenced violation notice after the date that the United States' motion was filed.  Accordingly,

IT IS ALSO ORDERED that CVB send Defendant a refund in the amount of her $130.00 collateral payment. CVB shall mail the refund to Defendant at the following address: 956 Foxy Ln, Stevensville, MT 59870.

The Clerk of Court is directed to forward a copy of this Order to the Defendant at 956 Foxy Ln, Stevensville, MT 59870, and to CVB at P.O. Box 780549, San Antonio, Texas 78278-0549.

Dated this 18th day of March, 2026.

Kathleen L. DeSoto
United States Magistrate Judge